# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JESSE LEE, III,** | ] |
| Plaintiff, | ] |
| v. | ]   2:19-cv-00661-ACA |
| **SAFE-DRY CARPET AND UPHOLSTERY, et al.,** | ] |
| Defendants. | ] |

## FINAL JUDGMENT

In accordance with the accompanying memorandum opinion and order, the court **ENTERS SUMMARY JUDGMENT** in favor of Defendant Safe Dry Carpet & Upholstery and against Plaintiff Jesse Lee, III, on Mr. Lee's claims of racially discriminatory termination, in violation of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, and 42 U.S.C. § 1981.

**DONE** and **ORDERED** this October 14, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE