Case 2:19-cv-00661-ACA   Document 68   Filed 09/27/21   Page 1 of 2
USCA11 Case: 20-14275   Date Filed: 09/27/2021   Page: 1 of 1

FILED
2021 Sep-27 PM 02:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 27, 2021

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 20-14275-AA
Case Style: Jesse Lee, III v. Safe-Dry Carpet and Upholstery
District Court Docket No: 2:19-cv-00661-ACA

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

_____

No. 20-14275

_____

District Court Docket No.
2:19-cv-00661-ACA

JESSE LEE, III,

                                   Plaintiff - Appellant,

versus

SAFE-DRY CARPET AND UPHOLSTERY,

                                   Defendant - Appellee.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 27, 2021
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch